**William Lloyd TURNER, Movant,**

v.

**KENTUCKY BAR ASSOCIATION,
Respondent.**

**No. 92–SC–381–KB.**

Supreme Court of Kentucky.

Aug. 26, 1992.

ORDER OF REINSTATEMENT

On recommendation of the Board of Governors of the Kentucky Bar Association, William Lloyd Turner is hereby reinstated to the practice of law.

Mr. Turner shall pay any costs incurred by the KBA in the processing of the application.

All concur.

ENTERED: August 26, 1992.

/s/ Robert F. Stephens
Chief Justice